IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RICHARD HAYWOOD, | : | |
| Plaintiff, | : | |
| Vs. | : | Case No.: 5:16-CV-113 |
| WALMART, | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

COMES NOW Defendant Wal-Mart Stores East, LP, incorrectly identified above as "Wal-Mart" ("Defendant") and files this Notice of Removal, respectfully showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant in the State Court of Houston County, Georgia, which is within the Macon Division of this Court. 28 U.S.C.A. § 90 (b)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 2016V049282. Plaintiff's claims against Defendant appear to include claims of false arrest, malicious prosecution, false imprisonment, conversion, intentional infliction of emotional distress, and defamation.

2.

Plaintiff filed the Complaint on January 14, 2016.  Defendant received notice of the Summons and Complaint on February 25, 2016.  Defendant files this notice of Removal within thirty (30) days after receiving notice of the Summons and Complaint.

3.

The Complaint incorrectly identifies Defendant simply as "Wal-Mart" and asserts claims arising out of an incident at a Wal-Mart store located at 2720 Watson Blvd., Warner Robins, Georgia. (Complaint, p. 1).   This store is operated by Wal-Mart Stores East, L.P., which is the proper party defendant.   Defendant Wal-Mart Stores East, LP is a Delaware limited partnership with its principal place of business in the State of Arkansas.  Defendant was not a citizen of the State of Georgia at the time of or immediately prior to the filing and attempted service of said lawsuit, or at any time thereafter.

4.

Plaintiff is a citizen of the State of Georgia. (Complaint, p. 1).

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

A portion of Plaintiff's Complaint refers to a defendant "City of Warner Robins". (Complaint, p. 4). However, the City of Warner Robins is not listed as a defendant in the caption of the Complaint. Further, no Summons or other process has been issued against the City of Warner Robins. (Declaration of Ernest Beaton filed concurrently herewith). As such, the City of Warner Robins has not been properly joined and should not be considered for diversity purposes under 28 U.S.C. § 1441.

7.

Plaintiff's claims against Defendant appear to be for false arrest, malicious prosecution, false imprisonment, conversion, intentional infliction of emotional distress, and defamation. Plaintiff's Complaint seeks actual and punitive damages of $1,000,000. (Complaint, p. 3). The amount in controversy exceeds $75,000.

8.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

9.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "A" a copy of all the pleadings that were provided to Defendant and the remaining filings made in Houston County State Court. (Declaration of Beaton).

10.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

11.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

12.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Houston County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant prays that the above-captioned lawsuit be removed to the United States District Court for the Middle District of Georgia, Macon Division.

                              McLAIN & MERRITT, P.C.

                              */s/ Robert B. Hill*
                              Robert B. Hill
                              Georgia State Bar No. 354450
                              Ernest L. Beaton IV
                              Georgia Bar No. 213044
                              Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
 (404) 365-4549
bhill@mclain-merritt.com
ebeaton@mclain-merritt.com